1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ANTHONY JOINTER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>A.M. GONZALES, Warden,<br><br>　　　　　Respondent. | NO. SACV 13-01843 R (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE**<br>**JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\
\\
\\
\\
\\

    **IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: March 10, 2014

                    MANUEL L. REAL
                    UNITED STATES DISTRICT JUDGE