1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MICHAEL ANTHONY JOINTER,              NO. SACV 13-01843 R (SS)

12                Petitioner,

13        v.                               **JUDGMENT**

14   A.M. GONZALES, Warden,

15                Respondent.

16

17        Pursuant to the Court's Order Accepting Findings,

18   Conclusions and Recommendations of United States Magistrate

19   Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is

22   dismissed without prejudice.

23

24   DATED:  March 10, 2014

25                                    _____
                                     MANUEL L. REAL
26                                   UNITED STATES DISTRICT JUDGE

27

28